## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | **CRIMINAL NO. ELH-17-0395** |
| v. | : | |
| | : | |
| BARAK OLDS | : | |

## ORDER FOR DISMISSAL

On July 25, 2017, the defendant in the above captioned case was charged in a one-count

indictment with possession of a firearm after a prior felony conviction in violation of 18 U.S.C. §

922(g).  After a further examination of the evidence, the Government believes that dismissal of

the case against the defendant is appropriate.  Therefore, pursuant to Rule 48(a) of the Federal

Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney

for the District of Maryland hereby dismisses without prejudice the indictment filed against

Barak Olds in the above captioned case.


STEPHEN M. SCHENNING
Acting United States Attorney


By _____/s/_____
Patricia McLane
Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.


_____                    _____
Date                                              Honorable Ellen L. Hollander
                                                     United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:       1.  Defendant is not in federal custody.